MICHAEL V. CHREST, *et al.,* Petitioners, v. STATE *ex rel.* GEORGE COUPER GIBBS, as Attorney General, *et al.,* Respondents.

199 So. 48

Division A

Opinion Filed December 13, 1940

*John D. Kennedy,* for Petitioners;

*George · Couper Gibbs,* Attorney General, *Lawrence A. Truett,* Assistant Attorney General, *Phil O'Connell,* State Attorney, and *Louis F. Maire,* Assistant State Attorney, for Respondents.

PER CURIAM.—This case is a companion to the one decided by the Court today, Jack Lansky, *et al.,* v. State of Florida *ex rel.* George Couper Gibbs, *et al.,* and the same point is involved.

It is, therefore, ordered that the writ of certiorari issue and that part of the order of the circuit judge as follows: "or elsewhere in Broward County, Florida," be quashed.

It is so ordered.

BUFORD, THOMAS and ADAMS, J. J., concur.

TERRELL, C. J., concurs in opinion and judgment.